AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| Joel B. Rothman | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. **09-80503-Civ-RYSKAMP/VITUNAC** |
| The Florida Bar et al. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

The Florida Bar
c/o John F. Harkness, Jr., as Executive Director
651 E. Jefferson Street
Tallahassee, Florida  32399

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **March 31, 2009**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Michael W. Beck
Deputy Clerk
U.S. District Courts

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

dockets.Justia.com

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| Joel B. Rothman et al. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. **09-80503-Civ-RYSKAMP/VITUNAC** |
| The Florida Bar et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Adria E. Quintela
The Florida Bar
Cypress Financial Center, Suite 900
5900 N. Andrews Ave.
Ft. Lauderdale, FL 33309

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **March 31, 2009**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Michael W. Beck
Deputy Clerk
U.S. District Courts

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*