UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-80503-CIV-RYSKAMP\VITUNAC

Joel B. Rothman

        Plaintiff

vs.

The Florida Bar, et al

        Defendant

_____/

## NOTICE OF TRIAL

This case is set for **non-jury TRIAL** commencing the two-week trial period of **March 8, 2010**, in West Palm Beach, Florida. All matters relating to the scheduled trial date may be brought to the attention of the court at **CALENDAR CALL** on **March 3, 2010** in the Federal Courthouse, *Courtroom No. 1, 701 Clematis Street, 4th floor, West Palm Beach, Florida at 1:15 P.M.

    Plaintiff's counsel shall notify any attorneys not listed below of this notice of trial. Any motion for a continuance MUST be in writing in order to be considered.

DATED this 1st day of July, 2009.

        /s/ Sharon J. Hibbs
    **SHARON J. HIBBS, Judicial Administrator to**
        **JUDGE RYSKAMP**

c: All Counsel of Record

*For information regarding the Evidence Presentation System in Judge Ryskamp's Courtroom No. 1, see the Court's website at www.flsd.uscourts.gov *Bar Information*, *Electronic Courtroom*.