UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Case No. 09-80503-Civ-RYSKAMP/VITUNAC

JOEL B. ROTHMAN,

        Plaintiff,

vs.

THE FLORIDA BAR and ADRIA E.
QUINTELA, in her official capacity as
Chief Disciplinary Counsel, Fort
Lauderdale Branch, of the Legal Division
of The Florida Bar,

        Defendants.



REC'D by _____ D.C.

NOV 1 3 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

---

**STIPULATION OF VOLUNTARY DISMISSAL**

---

      The parties hereby stipulate to dismiss this case without prejudice under

Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii).

Dated: November ___11___, 2009

_____
**BRUCE S. ROGOW**
FLORIDA BAR NO. 067999
**CYNTHIA E. GUNTHER**
FLORIDA BAR NO. 0554812
**BRUCE S. ROGOW, P.A.**
BROWARD FINANCIAL CENTRE, SUITE
1930
500 E. BROWARD BOULEVARD
FORT LAUDERDALE, FL 33394
TELEPHONE: (954) 767-8909
FACSIMILE: (954) 764-1530

*COUNSEL FOR PLAINTIFF*

_____
**BARRY RICHARD**
FLORIDA BAR NUMBER 0105599
**KARUSHA Y. SHARPE**
FLORIDA BAR NUMBER 0540161
**GREENBERG TRAURIG, P.A.**
101 EAST COLLEGE AVENUE
TALLAHASSEE, FL 32301
TELEPHONE (850) 222-6891
FACSIMILE (850) 681-0207

COUNSEL FOR DEFENDANT

**GREENBERG TRAURIG, P.A.**