UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-CIV-80503-RYSKAMP/VITUNAC

JOEL B. ROTHMAN,
    Plaintiff,

v.

THE FLORIDA BAR and
ADRIA E. QUINTELA, in her
official capacity as Chief
Disciplinary Counsel, Fort
Lauderdale Branch of the Legal
Division of the Florida Bar,

    Defendants.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Dismissal Without Prejudice **[DE 9]** filed on November 16, 2009. The parties stipulated to dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

    (1) This case is **DISMISSED** without prejudice; and

    (2) The Clerk of Court is hereby directed to **CLOSE THIS CASE** and to **DENY** any pending motions as **MOOT.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 16 day of November, 2009.

                  /s/ Kenneth L. Ryskamp
                  KENNETH L. RYSKAMP
                  UNITED STATES DISTRICT JUDGE

**Copies provided to:**
All counsel of record.